AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Foote, Elizabeth E. | U.S. District Court Western District of Louisiana | 7/9/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

300 Fannin Street
Shreveport, LA 71101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | 720 Murray Street-law office building partnership |
| 2. | Board of Trustees Member | Louisiana State University/Paul M. Hebert Law Center |
| 3. | Power of Attorney | POA #1 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/01/10 | Termination of Partnership Agreement- The Smith Foote Law Firm |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 7/9/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Louisiana State Employees Retirement System- retired judge |
| 2. 2018 | The Smith Foote Law Firm, share of partnership profits |
| 3. 2018 | W Ross Foote, LLC |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 7/9/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | US Treasury & LA Dept of Revenue | income tax liability- ESTIMATED | J |
| 3. | Mastercard | credit card | J |
| 4. | Discover Card | credit card | J |
| 5. | Dan Boyd | guarantee on debt of HD Foote LLC | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 7/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo- Roth IRA (H) | | | | | | | | | |
| 2. ----- Templeton World Fund | C | Int./Div. | L | T | | | | | |
| 3. ----- Washington Mutual Investment Fund | A | Int./Div. | K | T | | | | | |
| 4. Red River Bank Checking | A | Interest | K | T | | | | | |
| 5. Red River Bank Checking #2 | A | Interest | L | T | | | | | |
| 6. Capital One Savings #1 | A | Interest | K | T | Distributed (part) | 06/25/18 | N | | |
| 7. American Funds 529 Plan Account (FBO David) | | | | | | | | | |
| 8. -----American Funds Money Market | | None | J | T | | | | | |
| 9. -----American Balanced Fund | A | Dividend | M | T | | | | | |
| 10. Wells Fargo Roth IRA (H) | | | | | | | | | |
| 11. -----John Hancock Regional Bank | A | Int./Div. | K | T | | | | | |
| 12. -----Templeton World Fund | C | Int./Div. | L | T | | | | | |
| 13. -----Washington Mutual Invs Fund | B | Int./Div. | L | T | | | | | |
| 14. Chase Investment (H) | | | | | | | | | |
| 15. -----JP Morgan US Treas Plus MMKT | A | Dividend | K | T | | | | | |
| 16. -----JPMorgan Chase & Co Common | B | Dividend | L | T | | | | | |
| 17. -----AllianceBer Global Thematic Grth | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 7/9/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -----JPMorgan Intrepid Mid Cap | A | Dividend | J | T | | | | | |
| 19. -----JPMorgan Large Cap Grth | | None | K | T | | | | | |
| 20. Capital One Savings #2 | A | Interest | J | T | Distributed (part) | 06/25/18 | N | | |
| 21. Fidelity & Guaranty Life "Indexed Rewards" - Fixed Rate Annuity | E | Int./Div. | N | T | | | | | |
| 22. Chase Investment-Invesco Global Small & Mid | | None | J | T | | | | | |
| 23. Yuma Exploration-Royalty Interest-Rapides Parish, Louisiana | C | Royalty | K | W | | | | | |
| 24. Timber land- Rapides Parish, Louisiana | B | Royalty | N | W | | | | | |
| 25. 1/2 interest land-Grant Parish, Louisiana | | None | J | W | | | | | |
| 26. 1/2 interest land - Rapides Parish, Louisiana | | None | J | W | | | | | |
| 27. 1/6 interest 720 Murray Street Company | | None | K | W | | | | | |
| 28. 1/3 interest 720 Murray Street Company (power of attorney) | | None | K | W | | | | | |
| 29. Metropolitan Life Insurance Company - variable policy | | | | | | | | | |
| 30. ----MetLife Stck Index Port | A | Int./Div. | K | T | | | | | |
| 31. ----Barclays Ag Bd Idx Port | A | Int./Div. | J | T | | | | | |
| 32. ----MSCI EAFE Index | A | Int./Div. | J | T | | | | | |
| 33. ----Russell2000 Index Port | A | Int./Div. | J | T | | | | | |
| 34. Red River Bank- Checking #3 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 7/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard-Prime Money Mkt Fund | A | Int./Div. | J | T | | | | | |
| 36. John Hancock-Law Firm 401K, Lifestyle Balanced Fund | B | Int./Div. | N | T | | | | | |
| 37. Wells Fargo- Roth IRA line 1: Invesco Amer. Franchise | | None | L | T | | | | | |
| 38. American Funds, Uniform Gift to Minor-Capital World Growth | A | Int./Div. | K | T | | | | | |
| 39. American Funds, Uniform Gift to Minor-Wash Mutual Invs | A | Int./Div. | J | T | | | | | |
| 40. Red River Bank- Checking #4 | A | Int./Div. | K | T | | | | | |
| 41. FTJ Fundchoice IRA - iShares Goldman Sachs Software Index (IGV) | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 42. FTJ Fundchoice IRA-SPDR Technology Select Sector (XLK) | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 43. | | | | | Sold (part) | 08/07/18 | J | A | |
| 44. FTJ Fundchoice IRA-SPDR Financial Select Sector (XLF) | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 45. | | | | | Sold (part) | 08/07/18 | J | A | |
| 46. FTJ Fundchoice IRA-SPDR Health Care Select Sector (XLV) | A | Dividend | J | T | Buy (add'l) | 03/08/18 | J | | |
| 47. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 48. FTJ Fundchoice IRA-TD Bank USA FDIC Insured Deposit | A | Int./Div. | J | T | | | | | |
| 49. Aviva Life and Annuity Co.- fixed rate annuity | E | Int./Div. | O | T | | | | | |
| 50. Vanguard Acct. #1 (H) | | | | | | | | | |
| 51. ----- Vanguard Mid-Cap Growth | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ----- Vanguard Small-Cap Growth | B | Dividend | M | T | | | | | |
| 53. ----- Vanguard Total Stock | E | Dividend | P1 | T | | | | | |
| 54. Vanguard SEP IRA: Vanguard REIT Index | B | Int./Div. | M | T | | | | | |
| 55. 1/7 interest - Grant Parish and Rapides Parish | | None | L | W | Sold (part) | 12/31/18 | J | E | |
| 56. FTJ Fundchoice IRA - SPDR S&P Bank (KBE) | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 57. FTJ Fundchoice IRA -iShares Dow Jones US Home Construction (ITB) | A | Dividend | | | Sold (part) | 01/23/18 | J | C | |
| 58. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 59. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 60. | | | | | Sold (part) | 08/07/18 | J | A | |
| 61. | | | | | Sold | 08/09/18 | J | A | |
| 62. American Funds 529 Plan Account (FBO Paul) | | | | | | | | | |
| 63. -----American Funds Money Market | | None | K | T | | | | | |
| 64. FTJ Fundchoice IRA-SPDR S&P Biotech (XBI) | A | Dividend | J | T | Sold (part) | 03/08/18 | J | B | |
| 65. FTJ Fundchoice IRA-iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | | | Sold (part) | 03/08/18 | J | A | |
| 66. | | | | | Sold | 12/26/18 | J | A | |
| 67. FTJ Fundchoice IRA-SPDR Barclays 1-3 Month T-Bill (BIL) | A | Dividend | | | Buy (add'l) | 03/08/18 | J | | |
| 68. | | | | | Sold (part) | 03/20/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 7/9/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/07/18 | J | A | |
| 70. | | | | | Sold | 09/21/18 | J | A | |
| 71. FTJ Fundchoice IRA-SPDR Ser TR S&P Metals & Mining (XME) | A | Dividend | | | Buy (add'l) | 02/07/18 | J | | |
| 72. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 73. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 74. | | | | | Sold | 11/01/18 | J | A | |
| 75. FTJ Fundchoice IRA-Main Sector Rotation ETF (SECT) | C | Dividend | N | T | Sold (part) | 03/08/18 | J | A | |
| 76. | | | | | Sold (part) | 08/07/18 | J | A | |
| 77. Capital One Money Market | C | Int./Div. | N | T | Open | 06/25/18 | N | | |
| 78. Vanguard SEP IRA | A | Int./Div. | L | T | Open | 08/01/18 | L | | |
| 79. FTJ Fundchoice IRA - iShares Nasdaq Biotechnology Index (IBB) | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 80. FTJ Fundchoice IRA - Vanguard Midcap Value ETF (VOE) | A | Dividend | | | Buy | 08/07/18 | J | | |
| 81. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 82. | | | | | Sold | 12/20/18 | J | A | |
| 83. FTJ Fundchoice IRA - Xtrackers Harvest CSI 300 China A (ASHR) | | None | J | T | Buy | 09/21/18 | J | | |
| 84. FTJ Fundchoice IRA - SPDR Consumer Staples Select Sector (XLP) | A | Dividend | | | Buy | 11/01/18 | J | | |
| 85. | | | | | Sold | 12/26/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 7/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FTJ Fundchoice IRA - iShares Russell Midcap Value Index (IWS) | | None | J | T | Buy | 12/20/18 | J | | |
| 87. FTJ Fundchoice IRA - Vanguard Consumer Staples (VDC) | | None | J | T | Buy | 12/26/18 | J | | |
| 88. FTJ Fundchoice IRA - Vanguard FTSE Emerging Markets (VWO) | | None | J | T | Buy | 12/26/18 | J | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 7/9/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 55: 1/14 interest land located in ▮▮▮▮▮▮▮▮, Louisiana was given to spouse by his mother in 2015. This asset is ▮▮▮▮▮▮▮ separate property and in no way associated with Judge Elizabeth Foote's assets. Spouse inherited an additional 1/14 interest in land located in ▮▮▮▮▮▮, Louisiana during 2018. Asset description has been updated to show total interest of 1/7 as of 12/31/2018.

Line 63: This is a non-interest bearing fund, no income is being earned.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth E. Foote**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544